Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3263 | **DATE** | 9/14/2010 |
| **CASE TITLE** | RONALD BELL, *et al.* vs. VILLAGE OF STREAMWOOD | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for leave to file first amended complaint [25] is granted. Plaintiffs' response to defendant James Mandarino's motion for more definite statement [23] is due September 17, 2010; defendants' reply shall be filed by September 24, 2010. Defendant Mandarino's motion to stay discovery [27] is taken under advisement; plaintiffs' reply due by the close of business September 15, 2010. Defendant Mandarino's motion for case management conference [29] is granted. Discovery cutoff and filing of dispositive motions with supporting memoranda is extended from December 22, 2010 to May 2, 2011. Submission of the joint final pretrial order is extended from January 12, 2011 to May 31, 2011 at 9:00 a.m.; plaintiffs' draft to be submitted to defendant by May 23, 2011. *NO FURTHER EXTENSIONS.*

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | air |
|---|---|---|